KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
ISMAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-F-11-cr-00268 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RE-SET COURT DATE FOR PLEA WITHDRAWAL AND SENTENCING; ORDER |
| v. | ) | |
| ISMAEL ARREGUIN, | ) | |
| Defendant | ) | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of Monday, February 4, 2013 at 8:30 a.m. be rescheduled to Monday, March 4, 2013 at 8:30 a.m. based on the following:

Counsel for the government and counsel for ARREGUIN are engaged in continuing settlement discussions to try to resolve the outstanding issues of Defendant's Motion to Withdraw Plea, the court's indicated ruling, and Defendant's contentions surrounding statements made to law enforcement.  To that end the case agent, counsel for the

1

government, and counsel for defendant met on Wednesday, January 30, 2013 at 10:00 a.m. Defendant was also transported from Lerdo.

A further continuance of four weeks is needed to try to resolve the issues between the parties and to conduct further investigation of the case;

The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the court appearance from February 4, 2013 at 8:30 a.m. to March 4, 2013 at 8:30 a.m.

DATED: January 30, 2013      /kh/ Katherine Hart
                             KATHERINE HART

DATED: January 30, 2013      /ks/ Kimberly Sanchez
                             KIMBERLY SANCHEZ, Assistant U.S. Attorney

## ORDER

The motions and sentencing in UNITED STATES OF AMERICA v. ISMAEL ARREGUIN, 11:00168 LJO-SKO, previously scheduled for February 4, 2013 at 8:30 a.m. be rescheduled to March 4, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   January 30, 2013**      /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE