KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
ISMAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-11-cr-00268 LJO-SKO |
| Plaintiff, | STIPULATION TO RE-SET COURT DATE FOR PLEA WITHDRAWAL OR SENTENCING; |
| v. | ORDER (not time change) |
| ISMAEL ARREGUIN, | |
| Defendant. | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of Monday, March 4, 2013 at 8:30 a.m. be rescheduled to Monday, March 11, 2013 at 8:30 a.m. based on the following:

Counsel for the government and counsel for ARREGUIN are engaged in continuing settlement discussions to try to resolve the outstanding issues of Defendant's Motion to Withdraw Plea, the court's indicated ruling, and Defendant's contentions surrounding statements made to law enforcement.

1

Both counsel had expected to have the issue resolved by Wednesday, February 27, 2013. Counsel for the government and counsel for Defendant were unable to complete resolution of the case and need an additional week due to government counsel's unavailability.

A further continuance of one week is needed to try to resolve the issues between the parties.

The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the court appearance from March 4, 2013 to March 11, 2013 at 8:30 a.m.

DATED: February 27, 2013      /kh/ Katherine Hart
                              KATHERINE HART

DATED: February 27, 2013      /ks/ Kimberly Sanchez
                              KIMBERLY SANCHEZ, Assistant U.S. Attorney

**ORDER**

The motions and sentencing in UNITED STATES OF AMERICA v. ISMAEL ARREGUIN, 11:00168 LJO-SKO, previously scheduled for March 4, 2013 at 9:30 a.m. is rescheduled to March 11, 2013 at 8:30 a.m for good cause shown.

IT IS SO ORDERED.

**Dated:   February 27, 2013**      /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE