


KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant ISMAEL MICHAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ISMAEL MICHAEL ARREGUIN, <br> Defendant. | CASE NO. 1:11-CR-00268 LJO <br><br> ORDER APPROVING ISSUANCE OF SUBPOENAS FOR TRIAL ANDDIRECTING THE CLERK OF THE COURT TO SIGN THE SUBPOENAS |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the Clerk of the Court of the Easter District is to sign subpoenas prepared by Defendant's counsel for the following witnesses for the trial of the above-entitled case, now scheduled for July 23, 2013:

Daniel Guzman Arreguin

Eliodoro Junior Arreguin

Jessica Arreguin

Leticia Arreguin

1. Leticia Guzman Arreguin
2. Mark Anthony Arreguin
3. Israel Jacob Guerrero
4. Joseph Andrew Martinez
5. Richard Santana

DATED: June 27, 2013

_____
LAWRENCE J. O'NEILL, Judge of the
Eastern District of California

2